ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Motion Picture Association, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC.

Case Number: 2:22-mc-00044

**DECLARATION OF JAN VAN VOORN IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

I, Jan van Voorn, the undersigned, declare that:

1. I am Executive Vice President and Chief of Global Content Protection for the Motion Picture Association, Inc. ("MPA"). I submit this declaration on behalf of Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Universal City Studios Production LLLP, and Warner Bros. Entertainment, Inc. ("ACE Members"), each of which is a member of the Alliance for Creativity and Entertainment ("ACE"). ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the

legal marketplace for video content and addressing the challenge of online piracy. The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights listed in the attached **Exhibit A**.

2. The ACE Members (via the Motion Picture Association, Inc.) are requesting issuance of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the websites listed in the attached **Exhibit A**.

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization. This information will only be used for the purposes of protecting the rights granted to ACE Members, the motion picture copyright owners, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Redondo Beach, California, on March 4, 2022.



Jan van Voorn

**EXHIBIT A**

| | Domain | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|---|
| 1 | hdss.nu | Hobbs & Shaw | hdss.nu/fast-furious-8-5-hobbs-shaw-a/ | Bad Boys for Life | hdss.nu/bad-boys-for-life/ |
| 2 | filmesonlinex.org | Godzilla vs Kong | filmesonlinex.org/filmes/godzilla-vs-kong/ | Soul | filmesonlinex.org/filmes/soul-uma-aventura-com-alma-online-dublado-e-legendado-em-hd-1080p-gratis/ |
| 3 | megafilmeshd20.pro | Godzilla vs Kong | megafilmeshd20.pro/assistir-filmes/godzilla-vs-kong-6.html/ | A Quiet Place Part II | megafilmeshd20.pro/assistir-filmes/um-lugar-silencioso-25.html/ |
| 4 | filmesonlinegratisbr.xyz | Godzilla vs Kong | filmesonlinegratisbr.xyz/media/assistir-online-godzilla-vs-kong/ | Soul | filmesonlinegratisbr.xyz/media/assistir-online-soul/ |
| 5 | superfilmesonline.pro (films open to mundotec.pro) | Godzilla vs Kong | superfilmesonline.pro/filme-godzilla-vs-kong-dublado-hd/ | Soul | superfilmesonline.pro/filme-soul-dublado/ |
| 6 | filmesonlines.org | A Quiet Place Part II | filmesonlines.org/assistir-um-lugar-silencioso-parte-ii-online-gratis | Soul | filmesonlines.org/assistir-soul-online-gratis |
| 7 | zfilmesonline.net | A Quiet Place Part II | zfilmesonline.net/filme/4assistir-um-lugar-silencioso-parte-2-dublado-legendado-hd/ | Soul | zfilmesonline.net/filme/assistir-soul/ |
| 8 | onionplay.se | Spider-Man: Far from Home | onionplay.se/movies/spider-man-far-from-home-2019/ | Hobbs & Shaw | onionplay.se/movies/fast-furious-presents-hobbs-shaw-2019/ |
| 9 | imaple.tv | Law & Order: Season 20 | imaple.tv/voddetail/407308.html | Naomi | imaple.tv/voddetail/392910.html |
| 10 | SSphim.net | Frozen II | ssphim.net/p/xem-phim-nu-hoang-bang-gia-2-frozen-2 | Jumanji: The Next Level | ssphim.net/p/xem-phim-jumanji-tro-choi-ky-ao-thang-cap-jumanji-the-next-level |
| 11 | btnull.org | Godzilla vs Kong | btnull.org/mv/9y5j.html | Encanto | btnull.org/mv/GyM3.html |
| 12 | pttplay.cc | Wonder Woman 1984 | pttplay.cc/v/99380-2-1.html | Cruella | pttplay.cc/v/184015-5-1.html |

| | Domain | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|---|
| 13 | idlix.cc | Wonder Woman 1984 | idlix.cc/movie/wonder-woman-1984-2020/ | Encanto | idlix.cc/movie/encanto-2021/ |
| 14 | filmpalast.to | Tenet | filmpalast.to/stream/tenet | Bad Boys for Life | filmpalast.to/stream/bad-boys-for-life |
| 15 | ummagurau.com | Spider-Man: No Way Home | ummagurau.com/watch-movie/spider-man-no-way-home-71326.5601538 | Raya and the Last Dragon | ummagurau.com/watch-movie/raya-and-the-last-dragon-66700.4791574 |
| 16 | tamilblasters.com | Space Jam: A New Legacy | tamilblasters.cam/index.php?/forums/topic/28677-space-jam-a-new-legacy-2021-english-hd-watch-online/&tab=comments#comment-85662 | Raya and the Last Dragon | tamilblasters.cam/index.php?/forums/topic/29236-raya-and-the-last-dragon-2021-hd-watch-online/&tab=comments#comment-86451 |
| 17 | watchmovierulz.co | Spider-Man: No Way Home | watchmovierulz.co/spider-man-no-way-home-2021-english/full-movie-watch-online-free-11-4564.html | Raya and the Last Dragon | watchmovierulz.co/raya-and-the-last-dragon-2021-english/full-movie-watch-online-free-67-3429.html |
| 18 | extramovies.wine | Spider-Man: No Way Home | extramovies.wine/extrastream.php?url=r2-1qfer387r8wq | Raya and the Last Dragon | extramovies.wine/extrastream.php?url=158g6tj2kgz7pzw |
| 19 | Vizjer.com | Hobbs & Shaw | vizjer.com/film/szybcy-i-wsciekli-hobbs-i-shaw-fast-furious-presents-hobbs-shaw-2019 | Encanto | vizjer.com/film/nasze-magiczne-encanto-encanto-2021 |
| 20 | Vizjer.pl | Hobbs & Shaw | vizjer.pl/film/szybcy-i-wsciekli-hobbs-i-shaw-fast-furious-presents-hobbs-shaw-2019 | Encanto | vizjer.pl/film/nasze-magiczne-encanto-encanto-2021 |
| 21 | layarkacaxxi.icu | Wonder Woman 1984 | layarkacaxxi.icu/v/yx8wpuep1e60e4j | Hobbs and Shaw | layarkacaxxi.icu/v/yx8wpueex4xln16 |
| 22 | moviemocha.com | Tenet | moviemocha.com/?r=movie_view&id=22672 | A Quiet Place Part II | moviemocha.com/?r=movie_view&id=26142 |

| Title | US Copyright Holder(s) |
|---|---|
| A Quiet Place Part II | Paramount Pictures Corporation |
| Cruella | Disney Enterprises, Inc. |
| Encanto | Disney Enterprises, Inc. |
| Frozen II | Disney Enterprises, Inc. |
| Godzilla vs Kong | Warner Bros. Entertainment Inc. |
| Soul | Disney Enterprises, Inc. |
| Tenet | Warner Bros. Entertainment Inc. |
| Hobbs & Shaw | Universal City Studios Productions LLLP |
| Bad Boys for Life | Columbia Pictures Industries, Inc. |
| Spider-Man: Far from Home | Columbia Pictures Industries, Inc. |
| Wonder Woman 1984 | Warner Bros. Entertainment Inc. |
| Law & Order: Season 20 | Universal Network Television LLC |
| Naomi | Warner Bros. Entertainment Inc. |
| Jumanji: The Next Level | Columbia Pictures Industries, Inc. |
| Raya and the Last Dragon | Disney Enterprises, Inc. |
| Spider-Man: No Way Home | Columbia Pictures Industries, Inc.; Marvel Characters, Inc. |
| Space Jam: A New Legacy | Warner Bros. Entertainment Inc. |